

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00716-CV

_____

IN RE L.A., Relator

---

Original Proceeding
393rd District Court of Denton County, Texas
Trial Court No. 23-7995-393

---

Before Birdwell, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and emergency motion for immediate temporary relief and real party in interest's "Original Answer" and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and emergency motion for immediate temporary relief are denied.

Per Curiam

Delivered: January 2, 2026